**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV12-03609 JAK (AJWx) | Date | May 24, 2012 |
|---|---|---|---|
| Title | Federal Home Loan Mortgage Corporation v. Marcela Gonzalez, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER REMANDING CASE JS-6**

On March 2, 2011, Plaintiff Federal Home Loan Mortgage Corporation ("Plaintiff") filed a post-foreclosure unlawful detainer action against Defendants Marcela and Victor Gonzalez ("Defendants"). On August 2, 2011, Defendants removed the action to this Court. *See* No. LA CV11-06352 JAK (MRWx). On November 28, 2011, the Court remanded the action for lack of subject matter jurisdiction. Dkt. 31.

On April 25, 2012, Defendants removed the above-titled action to this Court a second time. Defendants do not identify any tenable basis for federal jurisdiction in their most recent Notice of Removal. Accordingly, for the reasons set forth in the Court's prior Order, Dkt. 31, No. LA CV11-06352 JAK (MRWx), this unlawful detainer action is remanded to the Superior Court of California, County of Los Angeles, Southeast District, Whittier Courthouse, Case No. 11C00867.

**IT IS SO ORDERED.**

:

Initials of Preparer   ak